# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED FEBRUARY 26, 2013

## NO. 03-12-00662-CV

**Kirk Brand Coburn, Appellant**

**v.**

**Janet Moreland, Appellee**

## APPEAL FROM THE 353RD DISTRICT COURT OF TRAVIS COUNTY
## BEFORE CHIEF JUSTICE JONES, JUSTICES GOODWIN AND FIELD
## DISMISSED -- OPINION BY CHIEF JUSTICE JONES

**THIS CAUSE** having this day come on to be considered, and the Court having this day granted appellant's unopposed motion to dismiss appeal and to transfer reporter's record and exhibits or, alternatively, to consolidate appeals, the Court hereby consolidates Cause Nos. 03-12-00662-CV and 03-12-00709-CV for all purposes. The records filed in Cause No. 03-12-00662-CV shall be transferred to Cause No. 03-12-00709-CV. The consolidated causes will proceed under the style of Cause No. 03-12-00709-CV: **IT IS ACCORDINGLY** considered, adjudged and ordered that the appeal in Cause No. 03-12-00662-CV is dismissed. It is **FURTHER** ordered that the appellant pay all costs relating to this appeal, both in this Court and the court below; and that this decision be certified below for observance.